632

Second Circuit denied. *Solicitor General Reed* for petitioner. *Mr. Frank L. Weil* for respondent.

No. 454. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HONNALD. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. Ellsworth C. Alvord, Floyd F. Toomey,* and *Paul Armitage* for respondent.

No. 457. SHAMROCK OIL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. King* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 459. DRAKE ET AL. *v.* METROPOLITAN LIFE INSURANCE Co. ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles C. LeForgee, Edwin W. Sims,* and *Franklin J. Stransky* for petitioners. *Messrs. George Gillette, Thomas M. Hoyne,* and *Edward W. Everett* for respondents.

No. 460. DRAKE ET AL. *v.* METROPOLITAN LIFE INSURANCE Co. ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles C. LeForgee, Edwin W. Sims,* and *Franklin J. Stransky* for petitioners. *Messrs. George Gillette, Thomas M. Hoyne,* and *Edward W.*